Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARLATH RUANE,<br><br>      Plaintiff,<br><br>v.<br><br>ALDER BIOPHARMACEUTICALS, INC., ROBERT AZELBY, PAUL CARTER, PAUL CLEVELAND, JEREMY GREEN, A. BRUCE MONTGOMERY, HEATHER PRESTON, CLAY B. SIEGALL, and WENDY YARNO,<br><br>      Defendants. | Case No: 1:19-cv-05577-PKC-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jarlath Ruane hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 26, 2019                          Respectfully submitted,

                                                  **HALPER SADEH LLP**

                                                  By: /s/ Daniel Sadeh
                                                  Daniel Sadeh, Esq.
                                                  375 Park Avenue, Suite 2607
                                                  New York, NY 10152
                                                  Telephone: (212) 763-0060
                                                  Facsimile: (646) 776-2600

1

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on December 26, 2019, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 26, 2019        /s/ Daniel Sadeh
                                          Daniel Sadeh